Mary T. Hone - 010891
**The Law Offices of**
**Mary T. Hone, PLLC**
11111 N. Scottsdale Road, Suite 225
Scottsdale, Arizona 85254
602-279-1900
E-Mail: mary@honelegal.com
Attorney for Plaintiffs

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STACY WAREN GOREE and TAMICA LACHELLE GOREE,<br><br>Debtors. | (Chapter 13 Case)<br><br>No. 2:10-bk-30816-RJH<br><br>Adv. No.: 2:11-ap-00071-RJH<br><br>**MOTION TO APPROVE SETTLEMENT** |
| In re:<br><br>NADALI SADEGHI and FOADI ZAHRA, husband and wife, and NIMBLE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>STACY GOREE and TAMICA LACHELLE GOREE,<br><br>Defendants/Debtors. | |

Plaintiffs Nadali Sadeghi and Foadi Zahra, husband and wife, and Nimble, LLC ("Plaintiffs"), file this Motion to Approve Settlement of their Complaint Seeking Non-Dischargeability of Debt Pursuant to 11 U.S.C. §§523(a) and 1328(a)(2) filed against Stacy Goree and Tamica Lachelle Goree ("Defendants") on January 10, 2011.

Plaintiffs and Defendants have tentatively reached a settlement of this matter, pending the approval of this Court, by a Stipulated Judgment against Defendants in favor of Plaintiffs in the proposed amount of $74,234.45, with interest at the rate of 10% per annum from the date of the granting of the Stipulated Judgment by the Court until paid in full.

Plaintiffs have noticed this proposed settlement to the creditors and interested parties listed in the Defendants' bankruptcy, requesting written objection and request for hearing by March 16, 2011, and stating that in the absence of a timely and substantiated objection and request for hearing, that the Court may approve or grant this Motion and the Stipulated Judgment. A copy of such Notice is attached to this Motion as Exhibit "A" and made a part hereof by this reference, and has been filed simultaneously herewith in both the Defendants' bankruptcy and in this Adversary.

WHEREFORE, Plaintiffs respectfully request that upon subsequent filing of a Certificate of No Objection with the Court after the expiration of the Notice period listed above, that the Court grant the Stipulated Judgment attached to this Motion as Exhibit "B" and made a part hereof by this reference.

RESPECTFULLY SUBMITTED this __21st__ day of February, 2011.

**THE LAW OFFICES OF MARY T. HONE, PLLC**

By____/s/__*Mary T. Hone - 010891*_____
      Mary T. Hone
      Attorney for Plaintiffs

Copy of the foregoing mailed
this 21st day of February, 2011 to:

Benjamin Loren Dodge, Esq.
Dodge & Vega, PLC
4824 E. Baseline Rd., Ste 124
Mesa, AZ 85206
*Attorney for Debtors*

Russell Brown
Chapter 13 Trustee
3838 N. Central Ave., Suite 800
Phoenix, AZ 85012

And COPY via electronic notification to:

Office of U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706

By__/s/__*Janet Hone*_____

# EXHIBIT "A"

Mary T. Hone - 010891
**The Law Offices of**
**Mary T. Hone, PLLC**
11111 N. Scottsdale Road, Suite 225
Scottsdale, Arizona 85254
602-279-1900
E-Mail: mary@honelegal.com
Attorney for Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STACY WAREN GOREE and TAMICA LACHELLE GOREE,<br><br>Debtors. | (Chapter 13 Case)<br><br>No. 2:10-bk-30816-RJH<br><br>Adv. No.: 2:11-ap-00071-RJH<br><br>**NOTICE OF SETTLEMENT** |
| In re:<br><br>NADALI SADEGHI and FOADI ZAHRA, husband and wife, and NIMBLE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>STACY GOREE and TAMICA LACHELLE GOREE,<br><br>Defendants/Debtors. | |

NOTICE IS HEREBY GIVEN that Plaintiffs Nadali Sadeghi and Foadi Zahra, husband and wife, and Nimble, LLC ("Plaintiffs") in Adversary No. 2:11-ap-0071-RJH of the above-referenced bankruptcy 2:10-bk-30816-RJH of Stacy Goree and Tamica Lachelle Goree ("Debtors/Defendants"), have moved the Court for approval and granting by the Court of a Stipulated Judgment against Debtor/Defendants in the sum of $74,234.45, with interest at 10% per annum until paid. The Complaint and the Motion to Approve Settlement are on file with the Clerk of Court in Adversary No. 2:11-ap-0071-RJH and available for inspection electronically through the ECF system or in the records of the Court.

If you desire to oppose the Motion to Approve Settlement, you must file a written objection and request for hearing with the Court on or before March 16, 2011, and serve a copy on the Plaintiffs' attorney:

      Mary T. Hone, Esq.
      The Law Offices of Mary T. Hone, PLLC
      11111 N. Scottsdale Rd., Suite 225
      Scottsdale, AZ 85254

Objections and request for hearing shall clearly specify the grounds upon which they are based.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may grant the Stipulated Judgment without any further notice to affected parties.

DATED this __21st__ day of February, 2011.

**THE LAW OFFICES OF MARY T. HONE, PLLC**

By /s/ *Mary T. Hone - 010891*
Mary T. Hone
Attorney for Plaintiffs

Copy of the foregoing mailed
this 21st day of February, 2011 to:

Benjamin Loren Dodge, Esq.
Dodge & Vega, PLC
4824 E. Baseline Rd., Ste 124
Mesa, AZ 85206
*Attorney for Debtors*

Stacy Warren Goree and Tamica Lachelle Goree
11324 W. Primrose Drive
Avondale, AZ 85392
*Debtors*

Russell Brown
Chapter 13 Trustee
3838 N. Central Ave., Suite 800
Phoenix, AZ 85012

And All Creditors Listed as of February 21, 2011 in the Creditor Index
of Debtors' Bankruptcy

And COPY via electronic notification to:

Office of U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706

By /s/ *Janet Hone*

# EXHIBIT "B"

Mary T. Hone - 010891
**The Law Offices of**
**Mary T. Hone, PLLC**
11111 N. Scottsdale Road, Suite 225
Scottsdale, Arizona 85254
602-279-1900   fax 602-279-1920
E-Mail: mary@honelegal.com
Attorney for Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 13 Case) |
| STACY WAREN GOREE and TAMICA LACHELLE GOREE, | No. 2:10-bk-30816-RJH |
| Debtors. | Adv. No.: 2:11-ap-00071-RJH |
| In re: | **STIPULATED JUDGMENT** |
| NADALI SADEGHI and FOADI ZAHRA, husband and wife, and NIMBLE, LLC, | |
| Plaintiffs, | |
| vs. | |
| STACY GOREE and TAMICA LACHELLE GOREE, | |
| Defendants/Debtors. | |

This cause having come before the Court on Plaintiff's Adversary Complaint, and the parties having agreed to resolve the dispute,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall have judgment against Defendants Stacy and Tamica Goree in the amount of $74,234.45 the total judgment bearing interest at the rate of 10% per annum from the date hereof until paid in full.

Hon. Randolph J. Haines
United States Bankruptcy Judge

APPROVED AS TO FORM & CONTENT:

DODGE & VEGA, PLC

_____
Benjamin L. Dodge
*Attorney for Debtors*

THE LAW OFFICES OF MARY T. HONE, PLLC

/s/ Mary T. Hone, Esq. SBN #010891
Mary T. Hone
*Attorney for Plaintiffs*