```
                                          IT IS HEREBY ADJUDGED
                                          and DECREED this is SO
                                          ORDERED.
```
The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 22, 2011**



Mary T. Hone - 010891
**The Law Offices of
Mary T. Hone, PLLC**
11111 N. Scottsdale Road, Suite 225
Scottsdale, Arizona 85254
602-279-1900
E-Mail: mary@honelegal.com
Attorney for Plaintiffs

_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STACY WAREN GOREE and TAMICA LACHELLE GOREE,<br><br>Debtors.<br><br>In re:<br><br>NADALI SADEGHI and FOADI ZAHRA, husband and wife, and NIMBLE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>STACY GOREE and TAMICA LACHELLE GOREE,<br><br>Defendants/Debtors. | (Chapter 11 Case)<br><br>No. 2:10-bk-30816-RJH<br><br>Adv. No.: 2:11-ap-00071-RJH<br><br>**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND ENTERING STIPULATED JUDGMENT AGAINST DEFENDANTS** |

Upon consideration of the Motion to Approve Settlement ("Motion") filed by Nadali Sadeghi, Foadi Zahra and Nimble, LLC ("Plaintiffs"), notice having been given in both the bankruptcy of Stacy Goree and Tamica Lachelle Goree ("Defendants/Debtors") and this adversary, no objection filed by any party, no request made for hearing, and good cause appearing,

IT IS ORDERED that the Motion and the Stipulated Judgment attached to this Order as Exhibit "A" are granted and Defendants/Debtors are to pay to Plaintiffs under the terms of the Stipulated Judgment $74,234.45, with interest at 10% per annum until paid.

SIGNED AND DATED ABOVE

# EXHIBIT "A"

Mary T. Hone - 010891
**The Law Offices of**
**Mary T. Hone, PLLC**
11111 N. Scottsdale Road, Suite 225
Scottsdale, Arizona 85254
602-279-1900
E-Mail: mary@honelegal.com
Attorney for Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 13 Case) |
| STACY WAREN GOREE and TAMICA LACHELLE GOREE, | No. 2:10-bk-30816-RJH |
| | Adv. No.: 2:11-ap-00071-RJH |
| Debtors. | **STIPULATED JUDGMENT** |
| In re: | |
| NADALI SADEGHI and FOADI ZAHRA, husband and wife, and NIMBLE, LLC, | |
| Plaintiffs, | |
| vs. | |
| STACY GOREE and TAMICA LACHELLE GOREE, | |
| Defendants/Debtors. | |

This cause having come before the Court on Plaintiff's Adversary Complaint, and the parties having agreed to resolve the dispute,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall have judgment against Defendants Stacy and Tamica Goree in the amount of $74,234.45 the total judgment bearing interest at the rate of 10% per annum from the date hereof until paid in full.

_____
Hon. Randolph J. Haines
United States Bankruptcy Judge

APPROVED AS TO FORM & CONTENT:

DODGE & VEGA, PLC

_____
Benjamin L. Dodge
*Attorney for Debtors*

THE LAW OFFICES OF MARY T. HONE, PLLC


/s/ Mary T. Hone, Esq. SBN #010891
Mary T. Hone
*Attorney for Plaintiffs*